Kevin M. LUCK, Plaintiff—Appellant,

v.

Sergeant CHILDRESS, Danville City; Doctor Alibanza; Nurse Turner; Nurse Stapp, Defendants—Appellees.

No. 07–6184.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2007.

Decided: July 24, 2007.

Kevin M. Luck, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin M. Luck appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Luck v. Childress*, No. 7:06–cv–00726–JLK (W.D.Va. Jan. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*